# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America | |
| v. | Case No. 25-mj-103 |
| **Esmelin Manuel Amaya-Marquez** | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 27, 2025, in the County of Erie, in the Western District of New York, the defendant did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer of the United States while engaged in or on account of the performance of official duties and did willfully commit depredation against property of the United States, specifically property of the United States Border Patrol, with damages valued in excess of $1,000.00 USD, in violation of Title 18, United States Code, Sections 111 and 1361.

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Keith E. Bender*
*Complainant's signature*

KEITH E. BENDER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
*Printed name and title*

Sworn to and signed telephonically.

Date: August 1, 2025

*H. Kenneth Schroeder, Jr.*
*Judge's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE           )     SS:
CITY OF BUFFALO      )

**KEITH E. BENDER** being duly sworn deposes and states:

1.	I am a Special Agent of the United States Department of Justice, Federal Bureau of Investigation ("FBI"), and I am empowered by law to investigate and make arrests for offenses enumerated in Title 18, including 18 U.S.C. § 2113. As such, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7). I have been employed as a Special Agent of the FBI since 2009 and am currently assigned to the Buffalo Field Office, Safe Streets Task Force ("SSTF"). While employed by the FBI, I have investigated federal criminal violations related to violent street gangs, firearms trafficking, narcotics trafficking, robberies, immigration matters, organized crime, and terrorism. I have gained experience through training by the FBI and the investigations in which I have personally participated.

2.	As part of my current duties, I have become involved in an investigation of a suspected violation of Title 18 United States Code, Section 111; and Title 18 United States Code, Section 1361.

3. I make this affidavit in support of the annexed criminal complaint charging ESMELIN MANUEL AMAYA-MARQUEZ, hereinafter referred to as "AMAYA-MARQUEZ," with forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with an officer of the United States while engaged in or on account of the performance of official duties in violation of Title 18, United States Code, Section 111; and also charging AMAYA-MARQUEZ with willfully committing depredation against property of the United States, specifically property of the United States Border Patrol, with damages valued in excess of $1,000.00 USD, in violation of Title 18, United States Code, Section 1361.

4. The statements contained in this affidavit are based upon my personal knowledge and upon information provided to me by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that AMAYA did knowingly violate Title 18, United States Code, Section 111, and Title 18, United States Code, Section 1361.

**PROBABLE CAUSE**

5. On or about July 26, 2025, United States Border Patrol (USBP) Agent Jason Rouch, assigned to the USBP Buffalo Station, was working Patrol Border Line Ops, responsible for Other Agency "OA" requests for assistance, when Agent Rouch was directed by Buffalo Sector Communications to respond to the area of 6711 Transit Road, Lancaster, New York to assist officers of the Lancaster Police Department during a traffic stop involving

AMAYA-MARQUEZ, whom was suspected of operating a motor vehicle under the influence of alcohol.

6. At approximately 12:10 A.M. on or about July 27, 2025, Agent Rouch arrived on scene and met with Lancaster Police Officer Lawrence and Lancaster Police Officer Oun. Officers Lawrence and Oun advised that AMAYA-MARQUEZ spoke no English and was found operating a motor vehicle under the influence of alcohol. Speaking Spanish, Agent Rouch asked AMAYA-MARQUEZ what country he was from, and AMAYA-MARQUEZ responded "HONDURAS." AMAYA-MARQUEZ was transported in a marked Lancaster Police vehicle back to the Lancaster Police Department for processing.

7. After AMAYA-MARQUEZ was processed for the state charges, Agent Rouch took custody of AMAYA-MARQUEZ, and AMAYA-MARQUEZ began to actively resist. For example, Officer Oun escorted AMAYA-MARQUEZ through the Lancaster Police secure parking lot, where AMAYA-MARQUEZ attempted to flee custody several times. Agent Rouch, with the assistance of Officer Oun, was able to regain physical control of AMAYA-MARQUEZ and placed him into the rear seat of Agent Rouch's marked Border Patrol vehicle. While attempting to buckle AMAYA-MARQUEZ's seat belt, AMAYA-MARQUEZ spit on the face of Agent Rouch, potentially exposing Agent Rouch to any communicable diseases that AMAYA-MARQUEZ carried. Officer Oun did observe the spit on Agent Rouch's face. Subsequent inspection of the marked Border Patrol vehicle revealed that both door handles in the caged detainee partition were damaged, and multiple bolts securing the partition were damaged to the point of requiring replacement. It was also

observed that AMAYA-MARQUEZ had spit in multiple locations within the caged detainee partition of the vehicle. Total damages to the marked Border Patrol vehicle have been estimated at $1,300.00 USD or greater.

8. AMAYA-MARQUEZ remained agitated and uncooperative for the duration of the transport from Lancaster Police Department to USBP Buffalo Station. Once inside the sallyport at USBP Buffalo Station, AMAYA-MARQUEZ was escorted to a holding cell. AMAYA-MARQUEZ remained agitated and repeatedly struck the cell window for approximately an hour before going to sleep in the cell. The cell window sustained enough damage such that future observation through the window is obscured and replacement is required. Total damages to the holding cell have been quoted at approximately $1,795.00 USD.

9. Immigration electronic database record checks associated with alien number A241 109 XXX confirmed that AMAYA-MARQUEZ has never presented himself at a port of entry for inspection and entry into the United States.

10. WHEREFORE, I respectfully submit the foregoing facts establish probable cause to believe that on or about July 27, 2025, ESMELIN MANUEL AMAYA-MARQUEZ, an alien from Honduras, did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer of the United States while engaged in or on account of the performance of official duties in violation of Title 18, United States Code, Section 111; and ESMELIN MANUEL AMAYA-MARQUEZ did willfully commit depredation against

property of the United States, specifically property of the United States Border Patrol, with damages valued in excess of $1,000.00 USD, in violation of Title 18, United States Code, Section 1361.

*Keith E. Bender*
KEITH E. BENDER
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically
this 1st day of August 2025.

*H. Kenneth Schroeder, Jr.*
HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

5